

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-16-00067-CV

**IN THE INTEREST OF A.M., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09974
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

The reporter's record was due March 11, 2016, but was not filed. On March 16, 2016, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice on April 25, 2016, by filing a notification of late record. In the notification, the reporter stated, among other things, that the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We **ORDER** appellant Suruchi Sharan to provide written proof to this court on or before May 6, 2016 that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due May 26, 2016, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court